UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA M. BARRIOS, | ) | Case No. EDCV 15-0401-JPR |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

   For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: July 6, 2016                    JEAN ROSENBLUTH
                                       JEAN ROSENBLUTH
                                       U.S. Magistrate Judge