LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIA M. BARRIOS,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 15-0401 JPR<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED FOURTY-ONE DOLLARS AND 34/100 ($2,541.34) subject to the terms of the stipulation.

DATE: <u>August 25, 2016</u>

<u>   JEAN ROSENBLUTH   </u>
HON. JEAN P. ROSENBLUTH,
UNITED STATES MAGISTRATE JUDGE

-1-